BERTHA BORKOWSKI et al., Appellants, *v.* CITY OF NEW YORK, Respondent.

Argued October 17, 1950; decided November 22, 1950.

*Bernard Meyerson, Rosauro Gomez* and *Herman E. Hoberman* for appellants.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.